UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-cv-21871-UU

BRADLEY C. BIRKENFELD,

    Plaintiff,

v.

LEONARD A. LAUDER and
KEVIN M. COSTNER,

    Defendant.

## DECLARATION OF KEVIN M. COSTNER

I, Kevin M. Costner, being duly sworn, state as follows:

1. I make this declaration in support of my motion to dismiss Plaintiff Bradley C. Birkenfeld's complaint against me. I have personal knowledge of the facts and circumstances stated herein.

2. My permanent residence and domicile is in Santa Barbara, California. It is not, and has never been, in Florida.

3. I conduct a significant part of my daily activities as an actor, director, and producer in California. In this regard, my talent agents, talent manager, business manager, publicist, production companies, transactional lawyers, and litigation lawyers (including the litigation firm representing me in this case) are all located in California.

4. I do not consent to jurisdiction in Florida, and I was not served with process by Plaintiff Bradley C. Birkenfeld in Florida.

5. I have never owned or leased property in Florida.

6. I have never had a Florida mailing address or Florida telephone number.

7. I have never filed a lawsuit in Florida or otherwise availed myself of the Florida court system.

8. I have never filed state income taxes in Florida.

9. I have never been registered to vote in Florida.

10. I have never owned any Florida-based businesses.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed pursuant to 28 U.S.C. § 1746(2) on July 25, 2019, in Park City, Utah.

Kevin M. Costner