UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BRADLEY C. BIRKENFELD,

    Plaintiff,

v.             **Case No. 1:19-cv-21871-RS**

LEONARD A. LAUDER and
KEVIN M. COSTNER,

    Defendants.
_____/

### PLAINTIFF'S F.R.C.P. RULE 41(a)(1)(A)(i) NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF DEFENDANT KEVIN M. COSTNER

**COMES NOW** Plaintiff Bradley C. Birkenfeld, who by and through his undersigned counsel, and pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), does hereby voluntarily dismiss this action against Defendant Kevin M. Costner, without prejudice.

Respectfully submitted this 19th day of March 2020.

    *s/W. Bruce DelValle*
    W. Bruce DelValle
    Fla. Bar No: 779962
    Bruce Fein (*pro hac vice*)
    FEIN & DELVALLE PLLC
    300 New Jersey Avenue NW, Ste 900
    Washington, DC 20001
    Telephone: (202) 465-8729
    *Email: brucedelvalle@gmail.com*
    *bruce@feinpoints.com*

**Counsel for Plaintiff Bradley C. Birkenfeld.**

### CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2020, I electronically filed the foregoing Notice of Voluntary Dismissal of Defendant Kevin M. Costner, Without Prejudice in Case No: 19-cv-21871-RS with the Clerk of the U.S. District Court for the Southern District of Florida by using the CM/ECF system, which will serve all registered CM/ECF users in this cause.

    */s/ W. Bruce DelValle*
    W. Bruce DelValle, Fla. Bar No: 779962