UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 19-21871-CIV-SMITH**

BRADLEY C. BIRKENFELD,

    Plaintiff,

vs.

LEONARD A. LAUDER and
KEVIN M. COSTNER,

    Defendants.
_____/

**ORDER OF FINAL DISMISSAL**

THIS MATTER is before the Court on the Plaintiff's F.R.C.P. Rule 41(a)(1)(A)(i) Notice of Voluntary Dismissal, Without Prejudice, of Defendant Leonard A. Lauder [DE 108] and Plaintiff's F.R.C.P. Rule 41(a)(1)(A)(i) Notice of Voluntary Dismissal, Without Prejudice, of Defendant Kevin M. Costner [DE 109]. Accordingly, it is

**ORDERED** that:

1. This action is **DISMISSED without prejudice**.

2. All pending motions not otherwise ruled upon are **DENIED as moot**.

3. This case is **CLOSED.**

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 20th day of March, 2020.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All counsel of record